# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Bryan Construction, Inc. ) ASBCA No. 60519
)
Under Contract No. W9128F-14-C-0030 )

APPEARANCES FOR THE APPELLANT: Thomas R. Krider, Esq.
Shaun C. Kennedy, Esq.
  Oles Morrison Rinker & Baker, LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Stacy K. Birkel, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The Board docketed this appeal on 31 March 2016. By letter dated 2 May 2016, prior to filing its complaint, appellant filed a notice of voluntary dismissal of this appeal without prejudice. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated: 11 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60519, Appeal of Bryan Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals